**Order entered January 21, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01255-CR

**DONNIE EUGENE MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 70732**

# ORDER

Before the Court is appellant's January 14, 2020 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/ BILL PEDERSEN, III
   JUSTICE